Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Christopher A Winder
      Lisa M Winder
                                    Debtor(s)

Case No. _____
Chapter  13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 274.00  in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $       68.50   Check one   ■ With the filing of the petition, or
                               □ On or before _____

   $       68.50   on or before _____

   $       68.50   on or before _____

   $       68.50   on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  August 7, 2007                    Signature  /s/ Christopher A Winder
                                                   Christopher A Winder
/s/ JEFFRY A. DAHLBERG                             Debtor
Attorney for Debtor(s)
JEFFRY A. DAHLBERG
Balsley & Dahlberg, LLP
5130 North Second Street
Loves Park, IL 61111               Signature  /s/ Lisa M Winder
(815) 877-2593                                 Lisa M Winder
Fax: (815) 877-7965                            Joint Debtor
www.balsleylawoffice.com

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy